

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2014

No. 04-14-00334-CV

**IN THE INTEREST OF A.G., CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01507
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

On July 28, 2014, Appellant's counsel filed an *Anders* brief and a motion to withdraw. In accordance with *Kelly v. State*, 436 S.W.3d 313, 318–19 (Tex. Crim. App. 2014), appellant's attorney has certified the following steps were taken:

(1)  notify Appellant that counsel has filed an *Anders* brief and motion to withdraw and enclose copies of the documents,

(2)  inform Appellant of her right to review the appellate record and file a pro se brief,

(3)  inform Appellant of her right to file a pro se petition for review should the court of appeals determine the appeal is frivolous, and

(4)  "take concrete measures to initiate and facilitate the process of actuating [appellant's] right to review the appellate record, if that is what [appellant] wishes." *Id.*

*Id.; Ex parte Owens*, 206 S.W.3d 670674 n. 28 (Tex. Crim. App. 2006); *Meza v. State*, 206 S.W.3d 684 (Tex. Crim. App. 2006).

If Appellant desires to file a pro se brief, we ORDER Appellant to do so **within thirty days of the date of this order**. *See* TEX. R. APP. P. 38.6(a). If Appellant files a pro se brief, the State may file a responsive brief not later than thirty days after the date Appellant's pro se brief is filed in this court. *See id.* R. 38.6(b).

Counsel's motion to withdraw is HELD IN ABEYANCE pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2014.

Keith E. Hottle
Clerk of Court